United States District Court
Western District of New York

(1)

Jamie Lamphear
Plaintiff

- against -

Correctional Officers E. Rozell,
C-Reppert, DR Canfield and
Superintendent Napoli, D.
Defendants
In their individual and
official capacity

42 USC 1983
Amended Complaint
Civil Action
12-cv-0175

UNITED STATES DISTRICT COURT
FILED
JUN 10 2013
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

Jury demanded

Jamie Lamphear, Pro se Plaintiff for the Complaint against defendant, E. Rozell, Corr officer, C. Reppert Corr officer, Superintendent D. Napoli and Doctor W. - Canfield alleges as follows:

1). This Honorable Court has jurisdiction over this action, under 28 USC 1331(3) and (4) the matters in Controversy arose under 42 USC 1983

2). This Honorable Court has Jurisdiction ~~28 USC 1391(b)(2) because the~~ overall state pending Claims brought forth herein.

3). Venue properly lies in this district pursuant to 28 USC 1391(b)(2) because the events given rise to this case of action occurred at Southport Correctional facility, which is located within the western district of New York.

②

### - Parties -

4). Plaintiff, Jamie Lamphear, is and was at all times relevant Hereto prisoner in Custody of New York Department of Corrections Southport Correctional Facility (Currently Marcy [Ruth] Corr Facility)

5). Defendant, E. Rozell is and at all times relevant to the Complaint a Correctional Officer at New York Department of Corrections - Southport Correctional Facility

6). Defendant G. Reppert is at all times relevant to the Complaint a Correctional officer at New Yorks Department of Correction - Southport Corr Facility

7.) Defendant, D. Napoli was at all time, relevant to this Complaint the Superintendent of New Yorks Department of Corrections Southport Corr Facility.

8). Defendant W. Canfield was at all times relevant to this Complaint the (M.D.) Doctor at the New York Department of Corrections Southport Correctional Facility.

③

## Statement of Facts

9) This Complaint arise from different occurrences as follows:
(1) July 7th 2009   (2) July 14th 2009

10) First occurrence on July 7th 2009, while plaintiff was in the process of being escorted to the Showers, C.O. (Correctional officer) E. Rozell placed mechanical restraints on Plaintiff and upon cell door opening plaintiff was told to step back and take A down to the Showers - E Rozell poked me in the back after seeing an inmate being escorted on to the Company - and stated to bring it back into my cell. Which I complyed - When cell door was closed back plaintiffs hands was pushed out the fuck up slot for removal of the mechanical restraints. Plantiff stated to defendent "that he has never had any problems at Southport before". Defendant in turn removed one handcuff and twisted the other restrained hand up and away, and stated "Do you want A problem." Plaintiff said nothing and filed A Grievence SPT-47275-09 Code(49)

11) Second occurrence on July 14th 2009, During Showers officers E. Rozell and G. Rippert where the escorting officers for Showers. Upon arriving at plaintiffs cell

(4)

11) Mechanical restraints was placed on plaintiffs for escort to showers- Plaintiff's cell door was opened, at which time both officers rushed into plaintiff's cell, knocking him to the floor and repeatedly struck plaintiff upon his back, rib cage, head and face with closed fists and knees. The assault on Plaintiff by Correctional officers E. Rozell and G. Reppert was performed for no other purpose than retaliation against the plaintiff for exercising plaintiff's rights - Filing A Grievance regarding officer E. Rozell abuse and unprofessional conduct on 7-9-09. Defendants E. Rozell and G. Repperts conduct, was rather Cruel and unusual punishment in violation of plaintiff's Constitutional rights First & Eight (1)(8) Both above officers used excessive Force in retaliation for prior grievances.

12). I advised Superintendent Napoli by way of Grievance complaint on 7-9-09 about plaintiff's unjust treatment by Defendant on 7-7-09 during showers (Harasment) Code 49. In hopes of being protected - instead I, Plaintiff was & assaulted in retaliation by both officers.

(5)

—12— one of whom was named in Grievance on 7-7-09 - 7 days later Plaintiff is beat up 7-14-09 - Superintendent Napoli done nothing to prevent plaintiff from being assaulted. Therefore he's violated my Constitutional rights as well - Failure to protect 8th Amendment.

13) <u>Grievances filed and exhausted by Plaintiff</u>

✓ July 7th 2009 spt-44275-09 Code (49)

✓ July 14th 2009 spt 47326-09 Code (49)

✓ July 14th 2009 spt-47344-09 Code (22)

14) The Plaintiff re-allege and incorporate by reference to these allegations/Facts in paragraphs (1) through (19) and states that has fully exhausted his grievances on each and every one of these Claims.

15) The Disciplinary Confinement the Plaintiff has faced due to the defendants Concocted misbehavior report on 7-14-09, which immediately sent Plaintiff to level one

(6)

-15) Was overwhelming. The Stress plaintiff endured was extrodinary. intence = restricted - No Showers, Recreation hairCuts - Fully restrained visits = 8 AM for the Sole purpose of Covering up misconduct by the defendent, = abuse that has gone on during showers in Southport for many years = which will be proved at trial. Clearly plaintiff has suffered mental anguish.

16)           First Case of Action
              EXCESSIVE FORCE

Plaintiff, Jamie Lamphear, allege and incorporates by reference to his allegations in paragraphs one (1) through nineteen (19) as as fully restated herein:

17) Defendent C. Ruppert violated Plaintiff Jamie Lamphears Constitutional rights to be free from retaliation, excessive Forse and Cruel and unusual punishment on July 14th 2009 by assaulting the plaintiff in a Sadistically and Malicious manner

17) Defendent C. Rippert violated plaintiff Jamie Lamphears Constitutional rights to be free from retaliation, excessive force, cruel and unusual punishment on July 14th 2009 by assaulting the plaintiff in a Sadistically and malicious manner.

18) Defendant W. Canfield (DR) violated the plaintiffs Constitutional rights to be free from Cruel and unusual deliberate and current punishment on July 14th 2009 - August 19th, 2009 or so by being deliberately indifferent to plaintiffs medical needs by not properly examining plaintiff or prescribing a medication that would dull the pain plaintiff was in due to his fractured ribs.

19) Defendent E. Rozell violated plaintiffs Constitutional rights to be free from retaliation, excessive force, Cruel and unusual punishment on July 14th 2009 by assaulting the plaintiff in a Sadistically and malicious manner.

(8)

20) Defendent, D. Napoli violated Plantiff Jamie Lamphears Constitutional rights to be Free From Retaliation, excessive Force and unusual punishment by his failure to protect/act on First Code (49) in time. Therefore he directly participated in these violations.

## Injuries Sustained

As a result of defendents assualt, use of excessive force, Deliberate indiference. The plantiff suffered numerous bruising, swelling (2) fractured ribs, along with mental and emotional distress. See attached exhibits—

(9)

## Damages

WHEREFORE, the plaintiff request that his honorable Court Declare the acts Complained herein are in violation of plaintiffs rights under the Constitution and laws of the United States.

Enter judgment in favor of Plaintiff for actual Compensatory including Consequential damage in the amount of Fifty Thousand dollars ($50,000) against defendents jointly and severally to Compensate plaintiff for his pain and Suffering.

Enter Judgment For the Plaintiff in the amount of Thirty Thousand dollars ($30,000) against defendants with the exception of defendant D. Napoli, against whom punitive damages of Fifty Thousand dollars ($50,000)

Award the plaintiff the Cost of this action, including reso reasonable Attorny Fees if Attorney is appointed to plaintiff.

(10)

Amended Complaint
Civil Action
12-cv-0175

Sworn and Subscribed
to before me on

This 4th of June 2013

County of Oneida

BRENT L. ROGERS
Notary Public in the State of New York
Qualified in Madison County 01RO6202020
My Commission Expires March 9, 20 17

Brent L. Rogers
Notary Public
County of Oneida

Joe Lynn
Pro.Se
Janice Lamphear
Marcy Corr Facility
Box 3600
Marcy New York
13403-3600

# Affidavit of Service

State of New York
County of ONEIDA

I, Jamie Lamphear being duly sworn, deposes and says that I am the plaintiff Herein and that on the date of notarization indicated below, I have place in a sealed post-paid envelope true and exact copy of the enclosed papers. Identified as: Amended Complaint 12-cv-0175 and Affidavit of Service

One original
State of New York
Clerk US. Western District
Courthouse Buffalo NY
14202-3350

One duplicate
Kim Murphy
Assistant Attorney General
State of New York
The Capital
Albany, N.Y 12224

Sworn and subscribed
To before me on
this __ day of June 2013
Notary public
County of ONeida

Respectfully Submitted

Jamie Lamphear
marcy Corrfac
Box 9000
marcy NY 13403

# EXHIBIT A

| FORM (2133) | GRIEVANCE NUMBER | DATE FILED |
|---|---|---|
| **STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES** | SPT-47275-09 | 7/9/2009 |
| | FACILITY | CLASS |
| | SOUTHPORT | I |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE | CODE |
| | Harassed by officer | 49 |
| | SUPERINTENDENT'S SIGNATURE | SUPT. DATE |
| **SUPERINTENDENT** | SF Napor | 8-6-09 |
| GRIEVANT: Lamphear, J. | DIN.#: 02-B-0336 | HOUSING-UNIT: A-1-19 |

**DESCRIPTION OF PROBLEM**

Grievant states on 7/7/09 he was harassed by officer M... who twisted his arm while it was handcuffed and then denied him a shower.

**ACTION REQUESTED**

No action requested.

**SUPERINTENDENT'S RESPONSE**

A THOROUGH INVESTIGATION OF THIS GRIEVANCE WAS CONDUCTED BY AN ASSIGNED SECURITY SUPERVISOR.

GRIEVANT WAS INTERVIEWED BY SGT. BARBER ON 7/15/09, IN "A" BLOCK'S 1ST FLOOR HEARING ROOM AT APPROXIMATELY 3:30PM. HE REITERATED HIS ALLEGATIONS AS FACTUAL, AND OFFERED NO WITNESSES TO SUPPORT HIS ALLEGATIONS. SGT. BARBER INDENTIFIED C.O. ROZELL AS THE ALLEGED OFFICER. THERE IS NO C.O. MOZELL EMPLOYED AT SOUTHPORT.

C.O. ROZELL WHO WORKS THAT AREA HAS GONE ON RECORD AS DENYING ALL ALLEGATIONS AGAINST HIM.

AFTER REVIEW, I HAVE CONCLUDED THAT NO EVIDENCE WAS PRESENTED WHICH WOULD SUBSTAINATE THIS GRIEVANT'S ALLEGATIONS. AS SUCH, THIS GRIEVANCE IS DENIED

If you wish to refer the above decision of the Superintendent, please sign below and return to the Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. An exception to the time limit may be requested under Directive 4040, Section 701.6(g). Please state why you are appealing this decision to CORC.

I'm appealing this response Because I feel there wasn't A thorough investigation Conducted - had there been I would never have been Assaulted on A later date - it's retaliation! Officer Rozell was responsible For the Harassment & assault 7-7-09

Jamie Lamphear — Grievant's Signature       8-10-09 — Date       :7-14-09

_____        _____
Grievance Clerk's Signature                               Date



EXHIBIT -B-

Form 2104.1 (3/93)

Ref. Directives #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## USE OF FORCE REPORT (cont'd)

There are _____ other reports filed under this Use of Force Log #

| Facility | Date & Time of Incident | Facility Use of Force Log # | ☐☐-☐☐☐ |
|---|---|---|---|
| Sp2 | | | |
| Inmate Name Humphery, J- | DIN 07B0336 | If Unusual Incident, CCC Log # | ☐☐☐☐☐☐ |

### Part B - Physical Examination / Treatment Report

Examiner's Name & Title  Floyd Fuller RN II    Date & Time of Examination  7-14-09   1030

Medical Report    (Indicate date & time of examination, describe extent of any injuries, and describe treatment provided)

- Bruises noted — Forehead/nose/(R)ear/Back
- Left lateral rib area painful - slightly bruised.
- T's nursing Sup M.D. eval.

Examiner's Signature and Date     RN II    7/14/09    1030

### Part C - Review and Evaluation by Superintendent

Superintendent's Signature and Date

000649

Distribution: Original - Superintendent    Copy - Guidance Unit file(s) of inmate(s) involved

# EXHIBIT C



**ASSOCIATED RADIOLOGISTS**
*of the*
**FINGER LAKES**
P.C.

100 E. 14th Street
Elmira Heights, NY 14903

**ArnotHealth**
600 Roe Avenue
Elmira, NY 14905
(607) 737-4148



A-1-19

02B0336

Printed - 8/20/2009 8:04:21AM

## REPORT OF RADIOLOGY SERVICE

Page 1

Patient: LAMPHEAR, JAMIE
MRN: 489960
DOB: 09/29/1975

Location: CFS   Bed:
Ordering MD: Canfield, Wesley

| Exam Date | Accession # | Procedure/Reason For Study |
|---|---|---|
| 8/19/2009 | 6298007 | Ribs / pain |

### *** Final Report ***

PROCEDURE: Left ribs 3 views including PA at 1045 hours portable at prison.

FINDINGS: There are slightly displaced fractures of the left 8th and 9th ribs laterally clearly seen on one view only which is the external rotated oblique view. The underlying lung is clear and well aerated. Heart, hilar and mediastinal structures are normal. Right lung is clear.

IMPRESSION:

Fractures of the left 8th and 9th lateral ribs.

Signing Radiologist: Acosta-MD, Edwin        Dictated on: 2009/08/19 18:02:33.56

Attending MD: Canfield, Wesley
Admitting MD: Canfield, Wesley

REVIEWED BY (init.) ___ / 8/31/09 ___ DATE
☐ NO ACTION IS REQUIRED AT THIS TIME
☐ REPORT TO SICK CALL
☒ FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
☐ FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
☒ NOTIFICATION FORM COMPLETED AND DISTRIBUTED

8/21/09

000495